# Court of Appeals
# of the State of Georgia

ATLANTA,　　August 30, 2016　　

*The Court of Appeals hereby passes the following order:*

**A17E0002.  SHARON BUSH ELLISON v. BURGER KING CORP, ET AL.**

Court of Appeals Rule 6 requires that any filing with the Clerk of the Court of Appeals must include a Certificate of Service properly executed in order for the Clerk to accept such documents for filing.  In this matter, although it appears that the Appellant timely filed her Motion for Extension of Time to File Applications for Discretionary Appeal, it is also apparent that said Motion did not include, among other things, a Certificate of Service when it was originally submitted to the Court. Accordingly, the Clerk of Court did not accept such Motion for filing at that time. While the Appellant supplemented her Motion on or about August 23, 2016, to include the Certificate of Service, such date was beyond the thirty (30) day period in which the Appellant had to file her Motion for Extension of Time.  Pursuant to Court of Appeals Rule 31(g), an Appellant has to timely file a motion for extension of time for filing an application for discretionary appeal in order for the Court to consider the same.  Thus, given that the Motion for Extension of Time to File Applications for Discretionary Appeal was not filed until the Certificate of Service was forwarded to the Clerk of Court on or about August 23, 2016, which was beyond thirty (30) days of the date of the filing of the order by the trial court to which the Appellant seeks to appeal, this Court is without jurisdiction to consider said Motion.  Accordingly, said Motion is DENIED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*___08/30/2016___
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*